IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS & OPERATING
ENGINEERS LOCAL 520 PENSION
FUND, et al.,

Plaintiffs,

v.

MARTIN BACKHOE SERVICES, LLC,

Defendant.                                            No. 09-0220-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the pleadings indicates that there has been no activity in this case for over a year with the exception of the change of the magistrate judge designation on January 3, 2011 (Doc. 23). Thus, the Court **DIRECTS** plaintiffs to inform the Court in writing the status of this case on or before July 13, 2011.

**IT IS SO ORDERED.**

Signed this 29th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.29 16:05:51 -05'00'

**Chief Judge
United States District Court**